STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jude Christopher Bursavich
Breazeale, Sachse & Wilson
P.O. Box 3197
Baton Rouge LA 70821-3197

REHEARING ACTION: March 11, 2015

Docket Number: 14   00855-CA

ROBERT WAYNE HACKETT, ET UX.
VERSUS
MURPHY EXPLORATION & PRODUCTION CO., USA

Appealed from Vermilion Parish Case No. 95387

<u>BEFORE JUDGES</u>:

Hon. Ulysses Gene Thibodeaux
Hon. James T. Genovese
Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Wayne Hackett, et ux** has this day been

DENIED.

cc: Andrew J. Halverson, Counsel for the Appellant